IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MERCEDES OXFORD KEMP,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER DAVID JENSEN,<br><br>Defendant. | CV 23-115-M-DLC-KLD<br><br>ORDER OF RECUSAL |

I hereby recuse myself from this matter on the ground that I was previously a partner at the law firm of Garlington, Lohn, and Robinson. Accordingly, I ask that this case be reassigned. Additionally,

IT IS ORDERED that the preliminary pretrial conference scheduled for February 5, 2024 and all related deadlines are hereby VACATED.

DATED this 1st day of December, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge