IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MERCEDES OXFORD KEMP,<br><br>Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF VETERANS AFFAIRS, VETERANS HEALTH ADMINISTRATION, GREAT FALLS VETERANS AFFAIRS CENTER, and HELENA VETERANS CENTER,<br><br>Defendants. | CV 23–115–M–DLC<br><br><br>ORDER |

Before the Court is the Parties' stipulated motion for dismissal with prejudice. (Doc. 46.) For good cause showing,

IT IS ORDERED that the motion (Doc. 46) is GRANTED. This matter is DISMISSED WITH PREJUDICE with each party to bear their own fees and costs. The Clerk of Court is directed to close this case file.

DATED this 4th day of June, 2025

　　　　　　　　　　　　　　　　　　／s／ Dana L. Christensen
　　　　　　　　　　　　　　　　　　Dana L. Christensen, District Judge
　　　　　　　　　　　　　　　　　　United States District Court

1